UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR.,  ]
   PLAINTIFF;  ]
       ]
VS.  ]  CASE # 1:08-CV-00361-PLF
       ]
THE FEDERAL BUREAU OF PRISONS,  ]
   a division of  ]
   THE U.S. DEPARTMENT OF JUSTICE; et.al;  ]
   DEFENDANTS.  ]
------------------------------------------------------------]

MOTION TO ASCERTAIN THE WHEREABOUTS OF DEFENDANT "R. HOLT"
AN EMPLOYEE, OR FORMER EMPLOYEE, OF THE
FEDERAL BUREAU OF PRISONS

NOW COMES: Paul Scinto, Sr., Plaintiff Pro-Se, who moves this honorable Court to Order the Defendant, the Federal Bureau of Prisons (FBOP) to identify the full name, and provide the location of the Defendant "Senior Officer Specialist R. Holt"; so that Service of Summons and Complaint can be perfected.

In support of this motion the Plaintiff provides that:

(1) The Defendant: Federal Bureau of Prisons, maintains records of present and past employees and therefore knows the full name and whereabouts of Defendant "Senior Officer Specialist, R. Holt".

(2) The Defendant R. Holt can be identified by:

   (A) accessing FBOP Records concerning the Incident Report (see Complaint, Exhibit #3 (DE#1) and reviewing the file records of the DHO (Discipline Hearing Officer[1]) who presided over the proceedings;

   (B) contacting the Defendants; Patricia Stansberry or Susan G. McClintock; who personally knew Defendant R. Holt; and by requesting them to fully identify the Defendant "Senior Officer Specialist, R. Holt".

---

[1] The Plaintiff believes the DHO, who presided over the disciplinary proceedings, was Officer "Tillie" or "Tilly" who was assigned to the Butner Prison Complex during 2005 and 2006.



RECEIVED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(3) The Plaintiff has made several attempts to learn the identity and locate Defendant "Senior Officer Specialist R. Holt" and has:

    (A) written Defendants, FBOP Director Harley Lappin, and Regional Director Kim White, asking for the information requested through this motion (see: attached Exhibit 1);

    (B) e-mailed the FBOP Legal Department (see: attached Exhibit 2) requesting the information sought by this motion;

    (C) telephoned the Legal Department and communicated with a FBOP Attorney who was able to provide only partial information (the locations of Defendants Stansberry and McClintock).

(4) The Plaintiff has 120 days to perfect service and has no other way to learn of the full name and location of Defendant "R. Holt".

In the alternative the Plaintiff requests that the Court rule that the Defendant FBOP be allowed to accept service for their employee, "Senior Officer Specialist R. Holt", and deliver the Summons and Complaint to him, in the same manner that he receives his government check..

WHEREAS: the Plaintiff, Paul Scinto, Sr. cannot fully identify or locate the Defendant "Senior Officer Specialist R. Holt", the Plaintiff prays that this honorable Court will grant this Motion and Order the Defendant "Federal Bureau of Prisons" to provide the current location, and provide the full name of, the Defendant, Senior Officer Specialist R. Holt; or in the alternative allow the Defendant Federal Bureau of Prisons to accept service for its employee.

                        Respectfully Submitted,

                        *Paul Scinto, Sr.*

                        Paul Scinto, Sr., Plaintiff Pro-Se

VERIFICATION: Plaintiff swears under penalty of perjury, that to the best of his knowledge and belief, the contents of this pleading are true and correct. This the 15th day of March, 2008; by:

                        *Paul Scinto, Sr.*
                        Paul Scinto, Sr.

CERTIFICATE OF SERVICE: Plaintiff has served the following, by first class mail, with correct postage affixed; on the 15th day of March, 2008:

1. U.S. Attorney General, 950 Pennsylvania Ave. NW Washington DC 20530;

2. U.S. Attorney for the District of Columbia, 501 3rd St. NW Washington DC 20001;

3. U.S. Bureau Of Prisons, 320 First St. NW, Washington DC 20534;

4. Harley S. Lappin, BOP Director 320 First St. NW, Washington DC 20534;

5. Kim M. White, BOP Mid Atlantic Regional Director, 302 Sentinel Dr., Suite 200; Annapolis Junction MD 20701;

6. Patricia Stansberry, Warden; FCI Petersburg - Med. P.O. Box 90026, Petersburg VA 23804;

7. Susan G. McClintock, FCI Safford; P.O. Box 820, Safford AZ 85546;

8. Federal Bureau of Prisons for "Senior Officer Specialist R. Holt", 320 First St. NW, Washington DC 20534.

Paul Scinto, Sr.; Plaintiff
404 Hoke Street
New Bern, NC 28560
Telephone 252-638-5886

Paul Scinto, Sr.
404 Hoke Street
New Bern NC 28560
March 3, 2008

Harley S. Lapin, Director
    U. S. Bureau of Prisons
320 First Street NW
Washington DC 20534

       RE: Paul Scinto, Sr. vs. Federal Bureau of Prisons et al.
          Case # 1:08-cv-0361-PLF

Dear Mr. Lapin,

    The above referenced case has been filed in the Federal District Court for The District of Columbia.

    Enclosed find your copy of the Complaint along with a Court issued summons.

    I do not have the current address for the following named defendant/employees of the Bureau of Prisons:

1. Patricia Stansbury, previously Warden of the Butner FCI Low;

2. Susan G. McClintock, previously the Camp Administrator of the Butner Camp, and believed to have been transferred to a federal prison facility at Morgantown, W. Va.;

3. Senior Officer Specialist R. Holt, previously an officer at the Butner Prison Complex.

    I am asking that you supply me with the appropriate addresses of your employees so that service may be perfected. I have attempted to locate these employees of the BOP by telephone to the Central Office and by email to BOP.gov and have not been given any help.

    In the alternative please provide me with a statement whereby you or your counsel will accept service for these individual employees.

    Thank you very much.

                                            Sincerely,
                                           Paul Scinto, Sr.
                                           Plaintiff, Pro-Se
                                           Phone 252-638-5886

pc: Kim M. White, Regional Director, Mid Atlantic BOP

EXHIBIT 1

## Legal Department - location of staff members for service of summons and complaint

| | | | |
|---|---|---|---|
| from | **Paul Scinto** <pauscisr@gmail.com> | hide details 7:33 AM (10 minutes ago) | Reply |
| to | info@bop.gov, | | |
| date | Tue, Mar 4, 2008 at 7:33 AM | | |
| subject | Legal Department - location of staff members for service of summons and complaint | | |
| mailed-by | gmail.com | | |

The following Bivens Type Lawsuit has been filed in the US District Court for the District of Columbia; Case No. 1:08-CV-00361-PLF.

Paul Scinto, Sr., Plaintiff
v.
Federal Bureau of Prisons; Harley G. Lappin, Director; Kim M. White, Regional Director; Patricia Stansbury, Warden; Susan G. McClintock, Camp Administrator; and Officer R. Holt, Senior Officer Specialist; Defendants.

A business address for the following defendants are needed to perfect service:
1. Patricia Stansbury, believed to be Warden of the FCI at Butner NC.
2. Susan G. McClintock, formerly the Camp Administrator at the Butner NC FPC and now believed to be at the FCI in Morgantown W.Va.
3. R. Holt, Senior Officer Specialist, believed to be assigned to the Butner Prison Complex.

Please provide me with an appropriate address where these employees can be served a Summons and Complaint.

Thank you very much for your cooperation.

Paul Scinto, Sr. Plaintiff

*EXHIBIT 2*