Paul Scinto, Sr.
404 Hoke Street
New Bern NC 28560
March 19, 2008

Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Avenue NW, Room 1225
Washington DC 20001

      RE: Paul Scinto, Sr. vs. Federal Bureau of Prisons et al.
         CASE # 1:08-CV-00361-PLF

Dear Clerk,

    Enclosed find a new Summons for Defendant Susan G, McClintock. Please File-Stamp and return for Service of Process (SASE enclosed). The original Summons and Complaint were mailed to Defendant McClintock on March 4, 2008 as indicated by the attached Certified Mail and Fee Receipts.

    The Post Office has indicated that the Certified Mail envelope mailed from the Neuse Forest Post Office on March 4, 2008; containing the Summons and Complaint for Defendant McClintock, never reached its destination. This fact can be verified through the U.S.P.S. Telephone Number 1-800-275-8777 (Complaint # CV36835648) or by calling the Safford Az Post Office 1-928-428-7205 and referencing Certified Mail #7006 2760 0003 3508 4746.

    As soon as I receive the re-issued Summons I will send it to Defendant McClintock at FCZI-Safford.

    Please process and file accordingly.

    Thank you very much.

                 Respectfully Submitted,

                 Paul Scinto, Sr.
                 Plaintiff, Pro-Se
                 Phone 252-638-5886

NEUSE FOREST STATION
NEW BERN, North Carolina
285606646
3613950564 -0098
03/04/2008    (252)638-6418    11:02:05 AM

Sales Receipt

| Product<br>Description | Sale Unit<br>Qty  Price | Final<br>Price |
|---|---|---|
| SAFFORD AZ 85546 Zone-8 | | $1.48 |
| First-Class Large Env | | |
| 4.20 oz. | | |
| Return Rcpt (Green Card) | | $2.15 |
| Certified | | $2.65 |
| Label #:    70062760000335084746 | | ======== |
| Issue PVI: | | $6.28 |
| | | |
| PETERSBURG VA 23804 | | $1.48 |
| Zone-3 First-Class | | |
| Large Env | | |
| 4.20 oz. | | |
| Return Rcpt (Green Card) | | $2.15 |
| Certified | | $2.65 |
| Label #:    70062760000335084753 | | ======== |
| Issue PVI: | | $6.28 |

Total:                              $12.56

Paid by:
Cash                                $12.56

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000201413902
Clerk: 99

---

SAFFORD AZ 85546

| | $1.48 | 0564 |
|---|---|---|
| | $2.65 | 99 |
| | $2.15 | |
| | $0.00 | |
| Total Postage & Fees | $6.28 | 03/04/2008 |

SUSAN C. McCLINTOCK
FCI SAFFORD - P.O.Box 820
SAFFORD AZ  85546