UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
     ]
VS. ] CASE # 1:08-CV-00361-PLF
     ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
-----------------------------------------------------------------]

RECEIVED
APR - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to the Federal Bureau of Prisons (U.S.B.O.P.). Attached hereto is the certified green card acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt:
Article Addressed to: Federal Bureau of Prisons, 320 First St. NW, Washington DC 20534
Service Type: Certified Mail
Article Number: 7007 1490 0003 1800 1339]

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886