UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL SCINTO, SR., #18933-004 ]<br>PLAINTIFF; ]<br>]<br>VS. ]<br>]<br>THE FEDERAL BUREAU OF PRISONS, ]<br>a division of ]<br>THE U.S. DEPARTMENT OF JUSTICE, et.al; ]<br>DEFENDANTS. ]<br>-------------------------------------------------------------] | CASE # 1:08-CV-00361-PLF<br><br>**RECEIVED**<br>APR - 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

AFFIDAVIT OF SERVICE

I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Harley G. Lappin, Director of the U.S.B.O.P.. Attached hereto is the certified green card acknowledging service.

| SENDER. COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Harley G. Lappin<br>Director BOP<br>320 First St NW<br>Washington DC<br>20534 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0003 1800 1346 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886