UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
     ]
VS. ] CASE # 1:08-CV-00361-PLF
     ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
    THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
-------------------------------------------------------------]

**RECEIVED APR - 9 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

AFFIDAVIT OF SERVICE

    I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Kim M. White, Regional Director of the U.S.B.O.P. Mid Atlantic Region. Attached hereto is the certified green card acknowledging service.

[Certified Mail Domestic Return Receipt - PS Form 3811, February 2004]
- Article Addressed to: Kim M. White, Regional Director, BOP Mid Atlantic, 302 Sentinel Dr #200, Annapolis Junction MD 20701
- Article Number: 7007 1490 0003 1800 1353
- Service Type: Certified Mail
- Signature/Received by: B. Markland
- Date of Delivery: 3-6-08

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886