UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
     ]
VS. ] CASE # 1:08-CV-00361-PLF
     ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
    THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
-------------------------------------------------------------]

**RECEIVED**

**APR - 9 2008**

AFFIDAVIT OF SERVICE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Patricia Stansberry at the Petersburg Federal Prison Complex. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _RHJb_    ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 3/6/08 |
| 1. Article Addressed to:<br>Patricia Stansberry<br>FCI - Petersburg - MED<br>P.O. Box 90026<br>Petersburg VA 23804 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 3508 4753 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

_Paul Scinto, Sr._

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886