UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
     ]
VS. ] CASE # 1:08-CV-00361-PLF
     ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
    THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
-----------------------------------------------------------------]

**RECEIVED**
**APR - 9 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) MAR 1 0 2008    C. Date of Delivery |
| 1. Article Addressed to:<br><br>US Attorney For the District of Columbia<br>501 3RD St. NW<br>Washington DC<br>20001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 3508 4739 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

_[signature: Paul Scinto, Sr.]_    Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886