UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
     ]
VS. ]  CASE # 1:08-CV-00361-PLF
     ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
  THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
-----------------------------------------------------------]

AFFIDAVIT OF SERVICE

**RECEIVED**
**APR - 9 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to the U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

[Attached certified mail return receipt (PS Form 3811), addressed to: US Attorney General, 950 Pennsylvania Ave NW, Washington DC 20530. Article Number: 7007 1490 0003 1800 1360. Service Type: Certified Mail. Received by signature dated MAR 10 2008.]

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886