UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
     ]
VS. ] CASE # 1:08-CV-00361-PLF
     ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
-----------------------------------------------------------------]

**RECEIVED**
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

    I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of March, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Susan G. McClintock at FCI Safford. Attached hereto is alternate proof of mailing and delivery provided by the U.S. Postal Service as the certified green card acknowledging service has been deemed "lost" by the U.S. Postal Service.

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2760 0003 3508 4746
Detailed Results:
- Delivered, March 11, 2008, 8:05 am, SAFFORD, AZ 85548
- Acceptance, March 04, 2008, 11:00 am, NEW BERN, NC 28560

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



```
         NEUSE FOREST STATION
         NEW BERN, North Carolina
                285606646
                3613950564 -0098
03/04/2008     (252)638-6418      11:02:05 AM
                Sales Receipt
Product          Sale   Unit      Final
Description      Qty    Price     Price
SAFFORD AZ 85546 Zone-8           $1.48
First-Class Large Env
4.20 oz.
Return Rcpt (Green Card)          $2.15
Certified                         $2.65
Label #:       70062760000335084746
                                 ========
Issue PVI:                        $6.28

PETERSBURG VA 23804               $1.48
Zone-3 First-Class
Large Env
4.20 oz
Return Rcpt (Green Card)          $2.15
Certified                         $2.65
Label #:       70062760000335084753
                                 ========
                                  $6.28

Total:                           $12.56
Paid by:
Cash                             $12.56
```