| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **RECEIVED**<br>APR 2 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

PAUL SCINTO, SR., #18933-004 ]
    PLAINTIFF; ]
  ]
VS. ] CASE # 1:08-CV-00361-PLF
  ]
THE FEDERAL BUREAU OF PRISONS, ]
    a division of ]
      THE U.S. DEPARTMENT OF JUSTICE, et.al; ]
    DEFENDANTS. ]
------------------------------------------------------------]

## AFFIDAVIT OF SERVICE

I, Paul Scinto, Sr. Plaintiff hereby declares that on the 4th day of April, 2008, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to R. Holt, at FCI Butner NC. Attached hereto is the certified green card acknowledging service.

[Attached Domestic Return Receipt (PS Form 3811) addressed to:
Richard Holt Jr.
Senior Officer Specialist
FCI Butner
P.O. Box 1000
Butner NC 27509
Article Number: 7007 1490 0004 3765 6069
Service Type: Certified Mail
Date of Delivery: 4/11/08]

Paul Scinto, Sr. Plaintiff
404 Hoke Street
New Bern NC 28560
252-638-5886