UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CASE # 1:08-CV-00361-PLF

**RECEIVED**

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PAUL SCINTO, SR., <br> PLAINTIFF; | ] <br> ] <br> ] |
| VS. | ] WITHDRAWAL OF MOTION <br> ] |
| THE FEDERAL BUREAU OF PRISONS, <br> a division of <br> THE U.S. DEPARTMENT OF JUSTICE; et.al; <br> DEFENDANTS. | ] <br> ] 08-361 <br> ] <br> ] |

PLAINTIFF, PAUL SCINTO, SR., respectfully withdraws his:

"MOTION TO ASCERTAIN THE WHEREABOUTS OF DEFENDANT "R. HOLT" AN EMPLOYEE, OR FORMER EMPLOYEE, OF THE FEDERAL BUREAU OF PRISONS" (DE#2);

as the Defendant Federal Bureau of Prisons has complied with Plaintiff's request for the business addresses of:

(1) Defendant Senior Officer Specialist, R. Holt;

(2) Defendants Patricia Stansberry;

(3) Defendant Susan G. McClintock.

The addresses as provided are herein attached as Exhibit 1.

Respectfully Submitted,

Paul Scinto, Sr., Plaintiff Pro-Se

*/s/ Paul Scinto Sr.*

VERIFICATION: Plaintiff swears under penalty of perjury, that to the best of his knowledge and belief, the contents of this pleading are true and correct. This the 20th day of April, 2008; by:

Paul Scinto, Sr.

*/s/ Paul Scinto Sr.*

CERTIFICATE OF SERVICE: Plaintiff has served the following, by first class mail, with correct postage affixed; on the 20th day of April, 2008:

1. U.S. Attorney General, 950 Pennsylvania Ave. NW Washington DC 20530;

2. U.S. Attorney for the District of Columbia, 501 3rd St. NW Washington DC 20001;

3. U.S. Bureau Of Prisons, 320 First St. NW, Washington DC 20534;

4. Harley S. Lappin, BOP Director 320 First St. NW, Washington DC 20534;

5. Kim M. White, BOP Mid Atlantic Regional Director, 302 Sentinel Dr., Suite 200; Annapolis Junction MD 20701;

6. Patricia Stansberry, Warden; FCI Petersburg - Med. P.O. Box 90026, Petersburg VA 23804;

7. Susan G. McClintock, FCI Safford; P.O. Box 820, Safford AZ 85546;

8. Senior Officer Specialist R. Holt, FCI Butner; P.O Box 1000 Butner NC 27509.

Paul Scinto, Sr.; Plaintiff
404 Hoke Street
New Bern, NC 28560
Telephone 252-638-5886



Paul Scinto <pauscisr@gmail.com>

# Legal Department - location of staff members for service of summons and complaint
3 messages

**Paul Scinto <pauscisr@gmail.com>**  Tue, Mar 4, 2008 at 8:33 AM
To: info@bop.gov

The following Bivens Type Lawsuit has been filed in the US District Court for the District of Columbia; Case No. 1:08-CV-00361-PLF.

Paul Scinto, Sr., Plaintiff
v.
Federal Bureau of Prisons; Harley G. Lappin, Director; Kim M. White, Regional Director; Patricia Stansbury, Warden; Susan G. McClintock, Camp Administrator; and Officer R. Holt, Senior Officer Specialist; Defendants.

A business address for the following defendants are needed to perfect service:
1. Patricia Stansbury, believed to be Warden of the FCI at Butner NC.
2. Susan G. McClintock, formerly the Camp Administrator at the Butner NC FPC and now believed to be at the FCI in Morgantown W.Va.
3. R. Holt, Senior Officer Specialist, believed to be assigned to the Butner Prison Complex.

Please provide me with an appropriate address where these employees can be served a Summons and Complaint.

Thank you very much for your cooperation.

Paul Scinto, Sr. Plaintiff

**Info Info <info@bop.gov>**  Tue, Mar 4, 2008 at 10:47 AM
To: Paul Scinto <pauscisr@gmail.com>

By way of this message, your e-mail is being forwarded to the appropriate division for response. Thank you.


>>> "Paul Scinto" <pauscisr@gmail.com> 3/4/2008 7:33 AM >>>
[Quoted text hidden]


**Info Info <info@bop.gov>**  Mon, Apr 7, 2008 at 4:00 PM
To: pauscisr@gmail.com

Below are the current business addresses for the three Bureau of Prisons employees that you requested.

Patricia Stansberry
Complex Warden
FCC Petersburg
P.O. Box 90026
Petersburg, VA 23804

Susan McClintock
Associate Warden
FCI Safford
1529 W. US Highway 366
P.O. Box 820

*Exhibit 1*

Safford, AZ 85546

Richard Holt, Jr.
Senior Officer Specialist
FCI Butner
P.O. Box 1000
Old Highway #75
Butner, NC 27509-1000

>>> "Paul Scinto" <pauscisr@gmail.com> 3/4/2008 7:33 AM >>>

[Quoted text hidden]