UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



RECEIVED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAUL SCINTO, SR., ]
   PLAINTIFF; ]
  ]
VS. ] CASE # 1:08-CV-00361-PLF
  ]
THE FEDERAL BUREAU OF PRISONS, ]
   a division of ]
   THE U.S. DEPARTMENT OF JUSTICE; et.al; ]
   DEFENDANTS. ]
-----------------------------------------------------------]

**"this motion is time sensitive"**

**MOTION TO ASCERTAIN THE RESIDENCE ADDRESSES OF DEFENDANTS: PATRICIA STANSBERRY, SUSAN G. McCLINTOCK AND RICHARD HOLT, JR. (R. HOLT) EMPLOYEES OF THE FEDERAL BUREAU OF PRISONS**

     NOW COMES: Paul Scinto, Sr., Plaintiff Pro-Se, who moves this honorable Court to Order the Defendant, the Federal Bureau of Prisons (FBOP) to provide to the Plaintiff, the RESIDENCE ADDRESSES of Defendants PATRICIA STANSBERRY, Warden Petersburg Complex; SUSAN G. McCLINTOCK, Associate Warden FCI Safford, and RICHARD HOLT, JR. (R. HOLT) "Senior Officer Specialist"; so that an additional Summons and Complaint can be served according to the suggested requirements of the U.S. Attorney's Office (government) (DE#13, DE#14. pg.8, footnote 6).

     The Plaintiff disagrees and strenuously objects to the government's proposed interpretation of the Federal Rules of Civil Procedure and specifically their claim that "individual capacity" requires "at the very least" service to a Defendant's "home". However, out of an abundance of caution, the Plaintiff will attempt to meet the governments interpretation of proper service so that the need for expanded litigation before this Court is eliminated.

The Plaintiff, further strenuously objects to the government's duplicity in their attempt to sabotage this lawsuit by their failure to provide ALL addresses necessary to establish proper service, when they were requested to do so.

In good faith the Plaintiff has contacted the FBOP in an attempt to ascertain the requisite addresses of Defendant FBOP employees so that proper service could be perfected. Specifically, the Plaintiff has:

(A) written Defendants, FBOP Director Harley Lappin, and Regional Director Kim White, asking for the information requested through this motion;

(B) e-mailed the FBOP Legal Department requesting the information sought by this motion;

(C) telephoned the Legal Department and communicated with a FBOP Attorney (Martin Hill) who was able to provide only the business addresses of the Defendants.

The Plaintiff avers that he has performed every action possible to obtain all information to ensure necessary service pursuant to the Federal Rules of Civil Procedure. Nonetheless he must now again perform an additional service of process to the "homes" of the Defendants. The Plaintiff therefore requests an expedited hearing on this matter as less than 30 days remain to ensure that service is perfected to the standards suggested by the government.

WHEREAS: the Plaintiff, Paul Scinto, Sr., therefore requests that this Court ORDER the Bureau of Prisons to provide a proper address so that there is no question as to the validity of service.

Respectfully Submitted,

the 19th day of May, 2008, by:

Paul Scinto, Sr., Plaintiff Pro-Se

VERIFICATION: Plaintiff swears under penalty of perjury, that to the best of his knowledge and belief, the contents of this pleading are true and correct. This the 19th day of May, 2008.

Paul Scinto, Sr.

CERTIFICATE OF SERVICE:

Plaintiff has served a copy of this MOTION TO ASCERTAIN THE RESIDENCE ADDRESSES OF DEFENDANTS: PATRICIA STANSBERRY, SUSAN G. McCLINTOCK AND RICHARD HOLT, JR. (R. HOLT) EMPLOYEES OF THE FEDERAL BUREAU OF PRISONS, by first class mail,

with correct postage affixed; on the 19th day of May, 2008 to: Christian A. Natiello, A.U.S.A. (for Defendants); U.S. D.O.J. - Civil Division, 555 FOURTH Street, N.W.; Washington D.C. 20530.

*[signature]*

Paul Scinto, Sr.; Plaintiff
404 Hoke Street
New Bern, NC 28560
Telephone 252-638-5886