UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL SCINTO, SR., ]
   PLAINTIFF; ]
]
VS. ] CASE # 1:08-CV-00361-PLF
]
THE FEDERAL BUREAU OF PRISONS, ]
   a division of ]
THE U.S. DEPARTMENT OF JUSTICE; et.al; ]
   DEFENDANTS. ]
-----------------------------------------------------------]

RECEIVED MAY 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR 20 DAY EXTENTION OF TIME TO RESPOND TO:
"DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO
TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA"

    NOW COMES: Paul Scinto, Sr., Plaintiff Pro-Se, who moves this honorable Court to allow the plaintiff A 20 DAY EXTENSION OF TIME to respond to the "Defendant's Motion to Dismiss or, in the Alternative, to Transfer to the Eastern District of North Carolina"

    In support of this motion the Plaintiff provides that:

1. he is acting pro-se and needs the additional time to formulate and research his responsive pleading;

2. he is disabled and seriously ill;

3. the nearest public Law Library is located in Wilmington N.C., a distance of 90 miles from the Plaintiff;

4. the time for submission of the responsive pleading has not yet expired.

    WHEREAS: for the reasons as stated above the Plaintiff requests a 20 day enlargement of time to file his responsive pleading.

                              Respectfully Submitted,

                              Paul Scinto, Sr., Plaintiff Pro-Se

                              */s/ Paul Scinto, Sr.*

VERIFICATION: Plaintiff swears under penalty of perjury, that to the best of his knowledge and belief, the contents of this pleading are true and correct. This the 19th day of May, 2008; by:

*/s/ Paul Scinto, Sr.*
Paul Scinto, Sr.

CERTIFICATE OF SERVICE: Plaintiff has served a copy of this "Motion for an Extention of Time", by first class mail, with correct postage affixed; on the 19th day of May, 2008; to: Christian A. Natiello, A.U.S.A. (for Defendants); U.S. D.O.J. - Civil Division, 555 FOURTH Street, N.W.; Washington D.C. 20530

*/s/ Paul Scinto, Sr.*
Paul Scinto, Sr.; Plaintiff
404 Hoke Street
New Bern, NC 28560
Telephone 252-638-5886