IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CASE NO. 1:08-CV-0361-PLF

RECEIVED
JUN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAUL SCINTO, SR.,           ]
                            ]
    PLAINTIFF;               ]
                            ]
VS.                         ]    **SUPPLEMENT**
                            ].      **TO THE:**
FEDERAL BUREAU OF PRISONS, et al.   ]
                            ]
    DEFENDANTS.              ]
----------------------------]

RESPONSE & OBJECTIONS TO:
"DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA"

---

PAUL SCINTO, SR., Pro-Se Plaintiff, SUPPLEMENTS his "RESPONSE AND OBJECTIONS TO: 'DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA'". The Plaintiff incorporates by reference each of his prior pleadings, submissions and objections; and requests that this honorable Court accept this Supplementation and deny the Defendants' Motion in its entirety; and allow this Bivens type Civil Rights Lawsuit to proceed to trial so that a jury can determine each and every claim presented.

In support of the submission of this document the Plaintiff states:

* that this Court's Order setting the due date (May 28, 2008) for Plaintiff's responsive pleading was issued on May 14, 2008; allowing the Pro-Se Plaintiff only 14 days to submit his Response and Objections;

* that the Court Order was not mailed until May 19, 2008 (see: Supplemental Response Exhibit 1 - Envelope Postmark);

* that Plaintiff does not receive electronic filings generated by the CM/ECF system and did not receive the Court's Order until May 21, 2008, leaving Plaintiff only seven (7) days, to respond;

* the Plaintiff requested an Extension of Time to file his responsive pleading prior to the expiration of this Court's deadline;

* the Plaintiff submitted his Response & Objections on May 28, 2008 as required by the Court;

Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7006 2760 0003 3508 4746

**Service Calculation Acceptance Date/Time:** 03/04/2008 11:00

**Destination** ZIP Code: 85546    City: SAFFORD    State: AZ

**Origin** ZIP Code: 28560-6646    City: NEW BERN    State: NC

**Class:** First Class

**Anticipated Delivery Date:** 03/07/2008

**Weight:** 0 lb(s) 5 oz(s)

**Postage:** $1.48

**Record Restored on 05/13/2008**

**Delv Rqmt:** Normal Delivery

**PO Box?:** N

**Special Services**
CERTIFIED MAIL
RETURN RECEIPT

**Associated Labels**
7006 2760 0003 3508 4746

**Amount**
$2.65
$2.15

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/11/2008 08:05 | SAFFORD, AZ 85548 | 030SHQ05WX |
| ACCEPT OR PICKUP | 03/04/2008 11:00 | NEW BERN, NC 28560 | |

Enter Request Type and Item Number:

Quick Search ●     Extensive Search ○

Explanation of Quick and Extensive Searches

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do

Ex. 2 p 2

5/14/2008

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7006 2760 0003 3508 4746**

**This item was delivered on 03/11/2008 at 08:05**

| | |
|---|---|
| Signature: | *[signature]* |
| Address: | *[handwritten address]* |

Enter Request Type and Item Number:

Quick Search ●     Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

```
           NEUSE FOREST STATION
           NEW BERN, NC 28560
                 285606646
              3613950564 -0098
03/04/2008   (252)638-6418    11:02:05 AM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
                Sales Receipt
Product         Sale   Unit        Final
Description     Qty    Price       Price

SAFFORD AZ 85546 Zone-8            $1.48
First-Class Large Env
 4.20 oz.
 Return Rcpt (Green Card)          $2.15
 Certified                         $2.65
 Label #:      70062760000335084746
                                  ========
 Issue PVI:                        $6.28

PETERSBURG VA 23804                $1.48
Zone-3 First-Class
Large Env
 4.20 oz.
 Return Rcpt (Green Card)          $2.15
 Certified                         $2.65
 Label #:      70062760000335084753
                                  ========
 Issue PVI:                        $6.28
                                 ─────────
Total:                            $12.56

Paid by:
Cash                              $12.56

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000201413902
Clerk: 99
```

Certified mail label 7006 2760 0003 3508 4746:

SAFFORD AZ 85546
Postage $1.48   0564
Certified Fee $2.65   99
Return Receipt Fee $2.15
Restricted Delivery Fee $0.00
Total Postage & Fees $6.28 — 03/04/2008

Susan C. McClintock
FCI Safford - P.O. Box 820
Safford AZ 85546

Exhibit 3

Paul Scinto, Sr.
404 Hoke Street
New Bern NC 28560
May 19, 2008

Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Avenue NW, Room 1225
Washington DC 20001

    RE: Paul Scinto, Sr. vs. Federal Bureau of Prisons et al.
        CASE # 1:08-CV-00361-PLF

Dear Clerk,

    Enclosed find a new Summons for Defendants Patricia Stansberry and Richard Holt, Jr.. Please File-Stamp and return for Service of Process (SASE enclosed). The original Summons and Complaint were mailed to these Defendants at the address provided by Defendant Bureau of Prisons. Reservice may be necessary and I respectfully request you to re-issued the summons.

    Please process and file accordingly.

    Thank you very much.

                                      Respectfully Submitted,

                                      Paul Scinto, Sr.
                                      Plaintiff, Pro-Se
                                      Phone 252-638-5886

*SUPPLEMENT TO RESPONSE Ex.3*