**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL SCINTO, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0361 (PLF) |
| ) | |
| FEDERAL BUREAU OF ) | |
| PRISONS, et al. ) | |
| ) | |
| Defendants. ) | |

**CERTAIN DEFENDANTS' WAIVER OF INSUFFICIENT SERVICE**
**BASED ON THEIR HAVING BEEN SERVED AT THEIR WORK**
**ADDRESSES INSTEAD OF THEIR HOME ADDRESSES**

In their Motion To Dismiss Or In The Alternative To Transfer To The Eastern District Of North Carolina, Defendants Patricia Stansberry, Susan G. McClintock, and Richard Holt argued that service upon them was improper. Defendants argued that because they are being sued in their individual capacities as well as in their official capacities, Plaintiff needed to, at the very least, mail them at their homes. Fed. R. Civ. P. 4(i)(3).

On July 11, the Court ordered these Defendants to either: 1) provide their residential addresses to Plaintiff so that Plaintiff may effectuate proper service of process; or 2) represent that these Defendant are waiving any motions to dismiss based on improper service of process by virtue of their having been served at a business address rather than a residential address.

Defendants Stansberry, McClintock, and Holt hereby waive any motions to dismiss based on improper service of process by virtue of their having been served at a business address rather than a residential address.[1]

---

[1] Defendants Stansberry, McClintock, and Holt still maintain, however, that this Court lacks personal jurisdiction over them for the reasons stated in Section III of Defendants' Motion to Dismiss Or In The Alternative To Transfer To The Eastern District Of North Carolina.

Dated: July 28, 2008.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney


                                        /s/
                                        CHRISTIAN A. NATIELLO, D.C. BAR # 473960
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Room E4112
                                        Washington, D.C.  20530
                                        (202) 307-0338

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of July, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

Paul Scinto, Sr.
404 Hoke Street
New Bern, NC 28560

                                   /s/
                              CHRISTIAN A. NATIELLO